

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00169-CV

**SHILOH ENTERPRISES, INC.,**
Appellant

v.

**FREP NEW BRAUNFELS, L.L.C,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-10605
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On June 14, 2014, the parties filed a joint motion to abate this appeal stating that they are attempting to finalize a settlement in this case. The joint motion is GRANTED, and this appeal is ABATED. All appellate deadlines are suspended until further order of this court

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court